# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
April 5, 2013

No. 12-50953
Summary Calendar

Lyle W. Cayce
Clerk

PHOUNG THANH HUYNH,

Petitioner-Appellant,

versus

UNITED STATES OF AMERICA;
WARDEN, REEVES COUNTY DETENTION CENTER III;
BUREAU OF PRISONS; GEO GROUP,

Respondents-Appellees.

Appeal from the United States District Court
for the Western District of Texas
No. 4:11-CV-42

Before SMITH, PRADO, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

Phoung Huynh, federal prisoner # 70992-079, an alien against whom the
Bureau of Immigration and Customs Enforcement has issued a detainer subject-

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

ing him to immediate removal from the United States upon release from Bureau of Prisons ("BOP") custody, moves to proceed *in forma pauperis* ("IFP") to appeal the denial of his 28 U.S.C. § 2241 petition challenging the BOP's exclusion of him from rehabilitation programs and halfway houses.  His arguments are fore-closed by *Gallegos-Hernandez v. United States*, 688 F.3d 190, 192-93 (5th Cir.), *cert. denied*, 133 S. Ct. 561 (2012).

The motion to proceed IFP is DENIED, and the appeal is DISMISSED as frivolous.  *See* 5TH CIR. R. 42.2.